## FORD *vs.* WALSWORTH.

On a motion for a *second trial* in ejectment, the opposite party is not entitled to costs for appearing to oppose, where no defence is made to the motion.

*S. Stevens,* for the defendant, moved for a rule ordering a new trial in an action of ejectment, in pursuance of 2 *R. S.* 309, § 37.

*M. T. Reynolds,* for the plaintiff, asked costs for appearing to resist motion, but made no opposition to the motion on the merits.

THE COURT granted the motion of the defendant without costs of opposing.